**United States District Court**
**Violation Notice**
(Rev. 1/2020)

(For issuance of an arrest warrant or summons)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC 94 | E 2227423 | J. Meekias | 5116 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐ USC ☐ State Code |
|---|---|
| 4/12/25 /160] | 36 CFR 4.2(b) cve 400001 |

Place of Offense

N. Kilbaker Rd   MM-2

Offense Description: Factual Basis for Charge                    HAZMAT ☐

unregistered vehicle

suspended plate (2/26/25)

## DEFENDANT INFORMATION

Last Name

Melendrez Ramen    First Name Luis    M.I. F.

Street Address

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 6 C 29714 | CA | 00 | N155 Fig | | 9/ 9/ |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.<br>$ 50.00  Forfeiture Amount<br>+ $30 Processing Fee |

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →    $ 80.00  **Total Collateral Due**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

---

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on  April 12 , 20 25  while exercising my duties as a law enforcement officer in the  Central  District of  California

See PC Statement

The foregoing statement is based upon:

☑ my personal observation    ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  4/12/2025
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident